UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE THE APPLICATION OF KATE O'KEEFFE FOR ASSISTANCE BEFORE A FOREIGN TRIBUNAL** | Civil Action No. 14-5835 (WJM)<br><br>**EX-PARTE ORDER PURSUANT TO <u>28 U.S.C. § 1782</u>** |

**THIS MATTER** having come before the Court upon the Application of Ms. Kate O'Keeffe ("O'Keeffe") for an *ex-parte* Order to take discovery for use in a foreign proceeding pursuant to 28 U.S.C. § 1782;

and the Application seeking permission to serve the subpoena attached as Exhibit A to the Declaration of Laura R. Handman, Esq. [ECF 4-2];

and the Court having carefully reviewed the Application, the supporting Declaration, and the Subpoena attached as Exhibit A;

and it appearing that the requirements of 28 U.S.C. § 1782 have been satisfied;

and for good cause shown;

**IT IS** on this 30th day of September 2014,

**ORDERED** that, the Application is **granted** and that O'Keeffe, therefore, is authorized, pursuant to 28 U.S.C. § 1782, Local Civil Rule 27.1 and the Federal Rules of

Civil Procedure, to serve the subpoena attached as Exhibit A on Mr. Kirk A. Thorell; and it is further

**ORDERED** that, a copy of this Order should accompany any subpoena served on Mr. Thorell; and it is further

**ORDERED** that, Ms. O'Keeffe's counsel, Robert D. Balin, Esq. of the law firm Davis Wright Tremaine LLP, is authorized to issue and sign the subpoena and cause it to be served on Mr. Thorell; and it is further

**ORDERED** that, Mr. Thorell retains <u>all</u> rights under the Federal Rules of Civil Procedure if he is served with the subpoena, including, but not limited to, the right to file a motion to quash or modify the subpoena; and it is further

**ORDERED** that, any parties opposing O'Keeffe in the foreign proceeding, e.g., Mr. Adelson, are also entitled to file whatever applications he deems appropriate if permitted by the Federal Rules of Civil Procedure; and it is further

**ORDERED** that, the subpoena should be served not later than 15 days from the date of this Order.

s/Mark Falk  
**MARK FALK**  
**United States Magistrate Judge**

**DATED: September 30, 2014**